IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02661-BNB

CHRISTIAN ANDERSON,

    Plaintiff,

v.

FARMERS INSURANCE,

    Defendant.

---

## ORDER OF DISMISSAL

---

On October 15, 2012, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff, Christian Anderson, to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Mr. Anderson was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Anderson has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 15 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Anderson

failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied without prejudice to the filing of a motion seeking leave to proceed *in forma*

*pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   26th   day of    November    , 2012.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court